# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Matthew B. McGuire
Direct Dial: 302.467.4416
Email: mcguire@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

September 27, 2021

**BY ECF**

The Honorable Richard G. Andrews
District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9 Room 6325
Wilmington, DE 19801-3555

      Re:    *YPF S.A. et al v. Maxus Liquidating Trust*, No. 1:21-mc-00353-RGA (D. Del.)

Dear Judge Andrews:

      We write on behalf of Appellants in the above-captioned matter in response to the Court's Oral Order, dated September 23, 2021, requesting a showing of good cause for the Exhibits to the *Emergency Motion for Stay Pending Ruling on Request for Interlocutory Appeal* [D.I. 2] (the "Stay Motion") to remain under seal. For the reasons set forth below, Appellants request that Exhibit E and F to the Stay Motion remain filed under seal.[1]

      On November 7, 2019, the Bankruptcy Court entered the *Order Approving Stipulated Confidentiality Agreement and Protective Order* [Bankruptcy D.I. 209] (the "Protective Order"). A true and correct copy of the Protective Order is attached hereto as Exhibit A. The Protective Order generally permits a producing party to designate certain discovery materials as "Confidential" if the producing party in good faith believes that the relevant discovery material contains "(a) information prohibited from disclosure by any law or regulation; (b) information that reveals confidential business information; (c) trade secrets or any other research, technical, commercial or financial information that the party has maintained as confidential, (d) material requiring confidential treatment under the law of a foreign country where the material is maintained in the ordinary course of business, and (e) any sensitive personal or private

---

[1] On September 22, 2021, Appellants filed redacted versions of Exhibit E and F to the Stay Motion [D.I. 10].

{1108.001-W0065947.}

information." Protective Order, ¶ 3(a). During the course of discovery, Appellants have designated certain materials as "Confidential" pursuant to the Protective Order.

On August 30, 2021, Appellants filed the *YPF Defendants' Motion to Stay and Extend the Deadline for YPF Defendants' Compliance with the August 19, 2021 Discovery Order* [Bankruptcy D.I. 492] (the "Bankruptcy Stay Motion"). The Bankruptcy Stay Motion contained certain information that the Appellants designated as "Confidential" pursuant to the Protective Order and the Bankruptcy Stay Motion was filed under seal. On September 1, 2021, Appellants filed the *Motion to File Under Seal YPF Defendants' Motion to Stay and Extend the Deadline for YPF Defendants' Compliance with the August 19, 2021 Discovery Order* [Bankruptcy D.I. 496] (the "Stay Seal Motion"). By Order dated September 23, 2021, the Bankruptcy Court approved the Stay Seal Motion [Bankruptcy D.I. 528] (the "Sealing Order"). A true and correct copy of the Sealing Order is attached hereto as Exhibit B. The sealed version of the Bankruptcy Stay Motion is attached as Exhibit E to the Stay Motion before this Court.

Likewise, on September 9, 2021, Appellee filed the *Response to YPF Defendants' Motion to Stay and Extend the Deadline for YPF Defendants' Compliance with the August 19, 2021 Discovery Order and Cross-Motion to Sanction The YPF Defendants for their Failure to Comply with the August 19, 2021 Production* [Bankruptcy D.I. 507] (the "Response"). Because the Response contained certain information that Appellants designated as "Confidential" pursuant to the Protective Order, the Response was filed under seal with the Bankruptcy Court. On September 10, 2021, Appellee filed the *Motion to File Under Seal the Response to YPF Defendants' Motion to Stay and Extend the Deadline for YPF Defendants' Compliance with the August 19, 2021 Discovery Order and Cross-Motion to Sanction The YPF Defendants for their Failure to Comply with the August 19, 2021 Production Order* [Bankruptcy D.I. 510] (the "Response Sealing Motion"). The objection deadline for the Response Sealing Motion is September 24, 2021. As of the date hereof, no objections to the Response Sealing Motion have been filed on the docket in the Bankruptcy Court. The sealed version of the Response is attached as Exhibit F to the Stay Motion before this Court.

Both Exhibit E (Bankruptcy Stay Motion) and Exhibit F (Response) to the Stay Motion before this Court contain information that Appellants reasonably believe is confidential and have designated as "Confidential" pursuant to the Protective Order in the Bankruptcy Court. Moreover, the Bankruptcy Court has already entered the Sealing Order approving the filing of the Bankruptcy Stay Motion under seal. Appellants expect the Bankruptcy Court to also approve the Response Sealing Motion given that the objection deadline has passed and no party in interest has objected thereto. As a result, Appellants believe that there is sufficient cause to keep Exhibits E and F to the Stay Motion under seal.

We are available at the Court's convenience to address this matter further.

Respectfully submitted,

Matthew B. McGuire

Cc: Counsel of record (via CM/ECF and email)

{1108.001-W0065947.}